Forcinal, Appellant, *v.* Pittsburgh Railways Co.

Argued October 1, 1957. Before JONES, C. J., BELL, CHIDSEY, ARNOLD, JONES and COHEN, JJ.

*William I. Crosby,* with him *Henry E. Rea, Jr., John A. Metz, Jr.* and *Metz, Cook, Hanna & Kelly,* for appellant.

*Leo Daniels,* with him *James A. Geltz* and *Prichard, Lawler & Geltz,* for appellee.

OPINION PER CURIAM, November 11, 1957:

This appeal comes before us from the refusal of the Court of Common Pleas of Allegheny County, en banc, to remove a compulsory nonsuit entered by the trial judge. After the introduction of plaintiff's evidence the trial judge entered the nonsuit because she found the plaintiff guilty of contributory negligence as a matter of law.

No useful purpose would be served by a detailed recital of the facts presented herein. After a complete review of the record we find no error in the determination of the trial judge or the refusal of the court en banc to remove the nonsuit.

Judgment affirmed.